

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

RODERICK HARRIS, Appellant

V.                                                    CAUSE NUMBER AP-76,810

THE STATE OF TEXAS, Appellee

<u>ORDER</u>

The above styled and numbered cause was before this Court on Direct Appeal from appellant's conviction in Cause No. F-0900409-Y in the Criminal District Court #7 of Dallas County.

On May 21, 2014, this Court issued an opinion affirming the conviction. Accordingly, the following exhibits are ordered returned to the District Clerk of Dallas County:

1.  State's Exhibit Nos. 36-39, 41, 42, 130 - 138, 212, 213, 258, and 261 - 264.


IT IS SO ORDERED THIS THE 29th DAY OF SEPTEMBER, 2014.

PER CURIAM

EN BANC

DO NOT PUBLISH